BRADY v. METROPOLITAN ST. RY. CO.

(City Court of New York, General Term. December 13, 1900.)

STREET RAILWAYS—ACTION FOR INJURING PASSENGER—INSTRUCTION.

In an action against a street-railway company for injuring a passenger while getting off a car, it was not error to instruct that if, while he was getting off, the car was started suddenly, so as to produce a jerking motion, it was in itself an act of negligence.

Appeal from trial term.

Action by Michael Brady against the Metropolitan Street-Railway Company for personal injuries. From a judgment for plaintiff and an order denying a new trial, defendant appeals. Affirmed.

Argued before McCARTHY and SCHUCHMAN, JJ.

Henry A. Robinson, for appellant.

Logan, Demond & Harby, for respondent.

SCHUCHMAN, J. The only point urged by appellant to effect a reversal of the judgment is that the court erred in charging "that if, while the passenger is getting off the car, the jury find that the car is started suddenly, so as to produce a jerking motion, it is in itself an act of carelessness and negligence." This was not error. Bennett v. Railroad Co., 40 App. Div. 626, 57 N. Y. Supp. 994; Roberts v. Johnson, 58 N. Y. 613; Schalscha v. Railroad Co., 19 Misc. Rep. 141, 43 N. Y. Supp. 251.

Judgment and order appealed from affirmed, with costs.

McCARTHY, J., concurs.